IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00414 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS** |
| v. | |
| MARK GUINN, | |
| Defendant. / | |

Defendant's motion to suppress came on for hearing on January 15, 2010. Having concluded that defendant's arguments regarding ineffective assistance of counsel do not support suppression of the statements he made to FBI investigators , the Court DENIES the motion (Docket No. 23).

**IT IS SO ORDERED.**

Dated: January 20, 2010

SUSAN ILLSTON
United States District Judge