IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK GUINN,

        Defendant.
        _____/

No. CR 09-0414 SI

**VERDICT**

**COUNT 1 – CONSPIRACY TO VIOLATE CLEAN WATER ACT**

     We, the jury, find the defendant Mark Guinn _____
                                                                  (Guilty/Not Guilty)

of conspiracy to violate the Clean Water Act, as set forth in Count 1, specifically that Mark Guinn knowingly and willfully conspired to commit an offense against the United States, namely, to knowingly discharge or cause the discharge of a pollutant from a point source into waters of the United States without a permit, with all of us agreeing on at least one overt act committed by a member of the conspiracy for purposes of carrying out the conspiracy.

**COUNT 2 – VIOLATION OF  CLEAN WATER ACT**

     We, the jury, find the defendant Mark Guinn _____
                                                                    (Guilty/Not Guilty)

of violating the Clean Water Act, as set forth in Count 2, specifically that on or about April 17, 2003, Mark Guinn knowingly discharged or caused another to discharge a pollutant, namely dredged spoils, from a point source into waters of the United States without a permit.

**COUNT 3 – VIOLATION OF CLEAN WATER ACT**

We, the jury, find the defendant Mark Guinn _____
                                                                                    (Guilty/Not Guilty)

of violating the Clean Water Act, as set forth in Count 3, specifically that on or about December 22, 2006, Mark Guinn knowingly discharged or caused another to discharge a pollutant, namely dredged spoils, from a point source into waters of the United States without a permit.

**COUNT 4 – VIOLATION OF CLEAN WATER ACT**

We, the jury, find the defendant Mark Guinn _____
                                                                                    (Guilty/Not Guilty)

of violating the Clean Water Act, as set forth in Count 4, specifically that on or about January 7, 2007, Mark Guinn knowingly discharged or caused another to discharge a pollutant, namely dredged spoils, from a point source into waters of the United States without a permit.

Date: _____

_____
FOREPERSON