IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-00325 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TOYAMA PARTNERS LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 30, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

RESERVED FOR DEFENDANT'S MOTION TO DISMISS: July 30, 2010, at 9:00 a.m

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 12, 2010.

DESIGNATION OF EXPERTS: pltf: 11/29/10, deft: 12/20/10; REBUTTAL: pltf: 1/14/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 28, 2011;

Opp. Due February 28, 2011;  Reply Due March 22, 2011;

and set for hearing no later than April 15, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 31, 2011 at 3:30 PM.

JURY TRIAL DATE: June 13, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Comerica may hold off on producing it's initial disclosures pending determination of whether or not they will remain a party to this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge