# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
*ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTIAN E. FORD
CHRISTOPHER S. KIELIGER

August 9, 2010

FILED
AUG 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Susan Illston
United States District Court
Northern California District of California
450 Golden Gate Ave., Ctrm. 10, 19th Fl.
San Fransisco, CA 94102

**In Re: USA v. Mark Guinn**
**Case No. CR 09-414 SI**

Dear Judge Illston:

    I am a San Francisco attorney who has practiced in the maritime field since 1979. In that capacity, I have represented Brusco Tug and Barge in several cases Jones Act maritime personal injury cases over the last three years in which Mr. Guinn has been my main contact.

    I have spent many hours with Mark in which we not only discussed these cases, but his background, his family, and his values. In dealing with Mark professionally, he has never shown anything but the highest integrity. He showed concern for his employees and co-workers and an uncompromising loyalty to the truth. He was unafraid to admit it when he made mistakes and never tried to shirk responsibility. It also became clear to me that he is a deeply caring father and husband whose primary concern about the upcoming sentencing is the effect it will have on his wife and children.

    I understand that he is to be sentenced on August 27, 2010. No matter what Your Honor decides is the appropriate sentence for him, I am convinced he and his wife will remain supportive of each other and see that their boys are brought up right.

Very truly yours,

Richard Wootton